# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Axon, Annemarie | United States District Court, Northern District of Alabama | 01/19/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Mountain Brook City Schools Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Axon, Annemarie** | 01/19/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Axon, Annemarie** | 01/19/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Joe Perkins | Hunt Fee | $595.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Justice | loan | J |
| 2. | Synovus Bank | personal line of credit | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Apple Inc | A | Dividend | J | T | Sold<br>(part) | 07/24/20 | J | B | |
| 2. | | | | | | Sold<br>(part) | 09/20/20 | J | C | |
| 3. | | | | | | Sold<br>(part) | 10/06/20 | J | A | |
| 4. | Air Prods & Chems Inc com | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 5. | ARK Genomic Revolution ETF | A | Distribution | L | T | Buy | 10/29/20 | K | | |
| 6. | AQR U.S. Defensive Equity Fund Class I | A | Dividend | K | T | Buy | 04/13/20 | K | | |
| 7. | Franklin Res Inc | A | Dividend | J | T | | | | | |
| 8. | Blackrock Inc | A | Dividend | J | T | Buy<br>(add'l) | 10/06/20 | J | | |
| 9. | Berkshire Hathaway Inc Del Cl B New | | None | J | T | Buy<br>(add'l) | 07/24/20 | J | | |
| 10. | Crown Castle Intl Corp | A | Dividend | J | T | Buy<br>(add'l) | 03/17/20 | J | | |
| 11. | Carnival Corp | A | Dividend | | | Sold | 03/17/20 | J | | |
| 12. | Cincinnati Financial Corp Com | A | Dividend | J | T | | | | | |
| 13. | Comcast Corp New Cl A | | None | J | T | Buy | 12/16/20 | J | | |
| 14. | Cisco Sys Inc | A | Dividend | J | T | Buy<br>(add'l) | 07/24/20 | J | | |
| 15. | Chevron Corp New Com | A | Dividend | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 16. | | | | | | Sold | 10/30/20 | J | | |
| 17. | Dominion Resources | A | Dividend | | | Buy<br>(add'l) | 03/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | Sold | 10/30/20 | J | A | |
| 19. | Delta Airlines Inc | A | Dividend | | | Sold | 05/01/20 | J | | |
| 20. | Diageo PLC | A | Dividend | J | T | Buy<br>(add'l) | 10/06/20 | J | | |
| 21. | IShares MSCI Emerging Markets Min<br>Volatility Factor ETF | A | Dividend | K | T | | | | | |
| 22. | Vanguard ESG U.S. Stock ETF | A | Dividend | K | T | Buy | 10/29/20 | K | | |
| 23. | Fidelity Capital & Income Fund | B | Dividend | K | T | | | | | |
| 24. | Fastenal Co | A | Dividend | J | T | Buy<br>(add'l) | 03/17/20 | J | | |
| 25. | | | | | | Sold<br>(part) | 09/09/20 | J | B | |
| 26. | Fidelity Cash Reserves | A | Int./Div. | K | T | | | | | |
| 27. | Franklin Templeton Emerging Market Debt<br>Opportunities Fund | | None | K | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 28. | | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 29. | Intel Corp | A | Dividend | J | T | | | | | |
| 30. | Johnson & Johnson | A | Dividend | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 31. | | | | | | Sold | 09/03/20 | J | B | |
| 32. | JP Morgan Strategic Income Opportunities<br>Fund Cl S | B | Dividend | L | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 33. | | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 34. | | | | | | Buy<br>(add'l) | 10/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Axon, Annemarie** | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kinder Morgan Inc | A | Dividend | | | Sold | 05/01/20 | J | | |
| 36. Coca Cola | A | Dividend | J | T | | | | | |
| 37. Lord Abbett Bond Debenture Cl I | A | Dividend | K | T | Buy | 04/13/20 | K | | |
| 38. Lowes Cos Inc | A | Dividend | J | T | | | | | |
| 39. Altria Group Inc | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |
| 40. Merck & Co Inc | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |
| 41. Microsoft | A | Dividend | J | T | | | | | |
| 42. Norfolk Southern Corp | A | Dividend | J | T | Buy (add'l) | 10/06/20 | J | | |
| 43. Nestle | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |
| 44. Nintendo Co | A | Dividend | J | T | Buy | 09/03/20 | J | | |
| 45. PayChex Inc | A | Dividend | J | T | | | | | |
| 46. Paccar Inc Com | A | Dividend | | | Sold | 02/24/20 | J | A | |
| 47. Pfizer Inc Com | A | Dividend | J | T | | | | | |
| 48. Philip Morris Int'l Inc | A | Dividend | J | T | Buy (add'l) | 05/01/20 | J | | |
| 49. Polen Growth Fund Institutional Class | C | Distribution | N | T | | | | | |
| 50. Bank Deposit Sweep Program | A | Interest | L | T | | | | | |
| 51. Target Corp | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | TIAA CREF Core Impact Bond Fund Institutional Class | C | Dividend | L | T | Buy (add'l) | 01/09/20 | J | | |
| 53. | | | | | | Buy (add'l) | 10/30/20 | J | | |
| 54. | Texas Instruments Inc | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |
| 55. | | | | | | Buy (add'l) | 10/06/20 | J | | |
| 56. | Undiscovered Managers Behavioral Fund | B | Dividend | M | T | Buy (add'l) | 01/09/20 | K | | |
| 57. | | | | | | Buy (add'l) | 09/09/20 | K | | |
| 58. | United Parcel Service Inc | A | Dividend | J | T | | | | | |
| 59. | IShares Tr MSCI USA Minimum Volatility Index Fund | B | Dividend | K | T | Sold (part) | 10/27/20 | K | C | |
| 60. | | | | | | Sold (part) | 10/29/20 | K | B | |
| 61. | Vanguard REIT Index ETF | C | Dividend | L | T | Buy (add'l) | 09/09/20 | J | | |
| 62. | | | | | | Buy (add'l) | 10/30/20 | J | | |
| 63. | Vanguard Mid Cap | A | Dividend | L | T | Buy (add'l) | 01/09/20 | J | | |
| 64. | | | | | | Buy (add'l) | 09/09/20 | J | | |
| 65. | | | | | | Buy (add'l) | 10/30/20 | J | | |
| 66. | Viatris Inc Com | | None | J | T | Spinoff (from line 47) | 11/17/20 | J | | |
| 67. | | | | | | Sold | 12/15/20 | J | A | |
| 68. | Verizon Communications | A | Dividend | J | T | Buy | 07/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | WCM Focused International Growth Fund | C | Dividend | N | T | | | | | |
| 70. | Wells Fargo | A | Dividend | | | Sold | 10/06/20 | J | | |
| 71. | DFA US Large Cap Value 529F | | None | K | T | Buy (add'l) | 01/07/20 | J | | |
| 72. | | | | | | Buy (add'l) | 02/10/20 | J | | |
| 73. | | | | | | Buy (add'l) | 03/10/20 | J | | |
| 74. | | | | | | Buy (add'l) | 04/07/20 | J | | |
| 75. | | | | | | Buy (add'l) | 05/11/20 | J | | |
| 76. | | | | | | Buy (add'l) | 06/09/20 | J | | |
| 77. | | | | | | Buy (add'l) | 07/06/20 | J | | |
| 78. | | | | | | Buy (add'l) | 08/10/20 | J | | |
| 79. | | | | | | Buy (add'l) | 09/09/20 | J | | |
| 80. | | | | | | Buy (add'l) | 10/09/20 | J | | |
| 81. | | | | | | Buy (add'l) | 11/09/20 | J | | |
| 82. | | | | | | Buy (add'l) | 12/18/20 | J | | |
| 83. | Northern Funds International Equity Index 529F | | None | K | T | Buy (add'l) | 01/07/20 | J | | |
| 84. | | | | | | Buy (add'l) | 02/10/20 | J | | |
| 85. | | | | | | Buy (add'l) | 03/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Axon, Annemarie** | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 88. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 89. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 90. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 91. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 92. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 95. Northern Funds Stock Index 529F | None | | K | T | Buy<br>(add'l) | 01/07/20 | J | | |
| 96. | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 97. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 98. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 100. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 101. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 102. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 107.  Mainstay Total Return Bond 529F | None | | | | Buy<br>(add'l) | 01/07/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 111. | | | | | Sold | 04/28/20 | K | D | |
| 112.  PGIM Total Return Bond 529F | None | | K | T | Buy | 04/28/20 | K | | |
| 113. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 116. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 121.   William Blair Small Cap Value 529F | | None | K | T | Buy<br>(add'l) | 01/07/20 | J | | |
| 122. | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 123. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 124. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 125. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 126. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 127. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 128. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 129. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 130. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 131. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 132. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 133.   GPB Holdings II LP | | None | K | V | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Axon, Annemarie** | 01/19/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The asset listed at Section VII, line 133 is a limited partnership. Its value was determined through the third-party appraisal of the limited partnerhip's underlying assets.

The asset listed Section VII, line 66 is a spinoff of the asset listed in Section VII, line 47. No income was reported from the time the spinoff occurred and 12/31/2020.

Assets listed in Section VII reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but are instead credited only to unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Axon, Annemarie | 01/19/2022 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Annemarie Axon**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544